IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL No. 09-00274-WS-N-2 |
| ) | (Civil Action No. 11-00145-WS) |
| MARCUS RAYSHUN TAYLOR, ) | |
| ) | |
| Defendant. ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated August 3, 2012, is **ADOPTED** as the opinion of this Court, petitioner's motion to dismiss is hereby **GRANTED,** and this habeas action is hereby **DISMISSED without prejudice**.

**DONE** this 15th day of January, 2013.

              s/WILLIAM H. STEELE
              **CHIEF UNITED STATES DISTRICT JUDGE**